AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ismael Rodriguez Mojica<br><br>Defendant(s) | )<br>)<br>) Case No. 2:25-mj-42<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 28, 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-Entry of a Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew H. Wend, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/30/2025

_____
*Judge's signature*

City and state: Columbus, OH

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*