UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE
CRIMINAL COMPLAINT OF:

CASE NO. 2:25-mj-42

ISMAEL RODRIGUEZ-MOJICA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement Deportation Officer Andrew H. Wend, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed with ICE since 2015. Prior to that, I was employed as a Border Patrol Agent with the United States Border Patrol, successfully completing the Border Patrol Academy course at the Federal Law Enforcement Training Center (FLETC) at Artesia, New Mexico in 2009. I am currently assigned to the Westerville, Ohio office of the Detroit Field Office. I have a combined fifteen years of training and experience in the enforcement of immigration and naturalization laws of the United States. As a part of my duties, I identify, locate, apprehend, and remove aliens who are in violation of the Immigration and Nationality Act. I have investigated both criminal and administrative matters involving Titles 8 and 18 of the United States Code, including illegal reentry into the United States, false claim to United States citizenship, and the fraudulent production, possession, and use of identity documents.

2. During the course of investigating Ismael RODRIGUEZ-MOJICA, I have learned the following facts:

3. RODRIGUEZ-MOJICA is a citizen of El Salvador and has no legal status in the United States.

4. On or about February 27, 2008, ICE Enforcement and Removal (ERO) officers encountered RODRIGUEZ-MOJICA at the Franklin County Jail in Columbus, Ohio. ICE ERO officers issued RODRIGUEZ-MOJICA a Notice to Appear, Form I-862 charging removability pursuant to INA section 212(a)(6)(A)(i) and issued Alien Registration Number 088 914 900.

1

5. On or about March 3, 2008, an Immigration Judge in Cleveland, Ohio ordered RODRIGUEZ-MOJICA removed to El Salvador. On or about April 28, 2008, ICE ERO removed RODRIGUEZ-MOJICA to El Salvador through Atlanta, Georgia. Prior to removal, RODRIGUEZ-MOJICA surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. RODRIGUEZ's removal was witnessed by an Immigration Officer.

6. On or about April 11, 2009, US Border Patrol agents encountered RODRIGUEZ-MOJICA near Havana, Texas. RODRIGUEZ-MOJICA admitted to entering the United States illegally. US Border Patrol agents charged RODRIGUEZ-MOJICA administratively for reinstatement of a prior order of removal as described in Section 241(a)(5) of the Immigration and Nationality Act. On or about May 5, 2009, RODRIGUEZ-MOJICA was physically removed from the United States to El Salvador via the Hidalgo, Texas airport. Prior to removal, RODRIGUEZ-MOJICA surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation), a document that he signed. RODRIGUEZ-MOJICA's removal was witnessed by an Immigration Officer

7. On or about January 28, 2025, ICE ERO officers encountered RODRIGUEZ-MOJICA in Columbus, Ohio. After verification of fingerprints, ICE determined that RODRIGUEZ-MOJICA had previously been ordered removed from the United States and is subject to prosecution for illegal reentry. Biometric and records checks confirmed that RODRIGUEZ-MOJICA has not requested, applied to, or received permission from, the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported, excluded, or removed.

8. During processing, a fingerprint records search revealed that RODRIGUEZ-MOJICA was subject to an additional removal under a different Alien Registration Number.

9. On or about December 9, 2001, US Border Patrol agents encountered RODRIGUEZ-MOJICA near Douglas, Arizona. At that time, RODRIGUEZ-MOJICA was charged administratively as an inadmissible alien as described in Section 212(a)(6)(A)(i) of the Immigration and Nationality Act and issued Alien Registration Number 095 117 376. RODRIGUEZ-MOJICA was assigned Fingerprint Identification Number System (FINS) number 10483218 as a result of this encounter.

10. On or about December 21, 2001, RODRIGUEZ-MOJICA was ordered removed by an Immigration Judge in Florence, Arizona. On or about January 16, 2002, RODRIGUEZ-MOJICA was physically removed from the United States at the Chandler Arizona Williams Gateway Airport. Prior to removal, RODRIGUEZ-MOJICA surrendered his fingerprint and photo for the immigration form I-205

(Warrant of Removal/Deportation), a document that he signed. RODRIGUEZ-MOJICA's departure was witnessed by an Immigration Officer.

11. On or about January 28, 2025, ICE ERO contacted the Nation Records Center (NRC) to obtain copies from the original alien file (095 117 376). The documents received demonstrated that the FINS number for the January 16, 2002 removal, the April 28, 2008 removal, and the May 5, 2009 removal matched. In addition, the documents contained matching information between the two alien files. RODRIGUEZ provided his mother's name (Maria Luz Mojica), his father's name (Juan Rodriguez), and his children's names (Marilay Rodriguez and Maria Rodriguez) during the encounter.

12. Your Affiant submits that the facts summarized above establish probable cause that Ismael RODRIGUEZ-MOJICA, an alien, was found in the Southern District of Ohio, after having been removed from the United States on or about the above dates, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

_____
Andrew H. Wend
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this  30th day of January 2025.

_____
Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio

3